No. 78–5417. Collins v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–5426. Jones v. United States. Ct. Cl. Certiorari denied.

No. 78–5446. Mendoza v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5447. Williams v. United States. C. A. 6th Cir. Certiorari denied.

No. 78–5495. Talley v. Forest City Foundries Co. et al. C. A. 6th Cir. Certiorari denied.

No. 78–5500. Mason v. Zahradnick, Penitentiary Superintendent. C. A. 4th Cir. Certiorari denied.

No. 78–5501. Hollis v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 78–5509. Lloyd v. California. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 78–5512. Nicholas v. Tennessee Department of Employment Security et al. C. A. 6th Cir. Certiorari denied.

No. 78–5514. Norkett v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 78–5516. Bruce v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 78–5518. Turpin v. City of West Haven. C. A. 2d Cir. Certiorari denied.

No. 78–5521. McMahon v. Pennsylvania Board of Probation and Parole. Pa. Commw. Ct. Certiorari denied.